IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

FEB 23 2015

JAMES N. HATTEN, Clerk
By:

DOROTHY ANN ARTIS

    Plaintiff,

CIVIL ACTION NO.

1: 12-CV-04209-SCJ

V.

BICKFORD SENIOR LIVING,

    Defendant.

### ORDER

This matter appears before the court to close Civil Action No. 1: 12-cv-04209-SCJ file, and file a new civil action for breach of contract for unsolicited disclosure of confidential information.

The settlement agreement contain a provision relating to the disclosure of confidential information

Bickford understands and held accountable for unsolicited disclosure of employment information that verifying caller (Anita Soto Cobb County Government) had no access to.

### AGREEMENT

Anyone seeking to verify my employment with Bickford to call Bickford's corporate office at 1-913-782-3200 and speak with Human Resources for employment verification information. It is further agreed that in the event Bickford's Corporate Human Resources Department receives a request concerning Artis' employment with Bickford, Bickford will verify only dates of employment and job titles unless required by law to provide any additional information or unless Artis authorizes Bickford to provide additional information.

### VIOLATION OF SAID AGREEMENT

Mrs. Christy Orme Human Resource Corporate Office 1-913-782-3200, violated this agreement after the fact, by voluntarily disclosing prohibited, confidential information regarding plaintiff reason for termination via phone conversation. This is in violation of the settlement agreement, Mrs. Anita Soto,

did not ask for this information nor did she have access to it. Mrs. Christy Orem also repeated this disclosure to me and explained why she violated the agreement. Her explanation was this is how she does her verifications.

Sincerely,

*Dorothy Artis*
Dorothy A. Artis

770-837-4741

February 19, 2015

6736 Bill Carruth
Parkway Apt 511
Hiram, GA. 30141

Dorothy Ann Artis
6036 Bill Carruth Parkway
Apt 511
Hiram, GA. 30078

ATLANTA METRO 300
10 FEB 2015 PM 2 L

Federal Russell Building
United States District Court
2211 US Court House
75 Spring St Southwest
Atlanta, GA. 30303

FEB 23 2015